**IN THE UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT**

---

**USCA NO. 21-02000**

---

**Case No. 20-01344 (ADC)**

---

**VAQUERIA LAS MARTAS, INC.**
Debtor/Appellant

---

**VAQUERIA LAS MARTAS, INC,**
Appellant**,**

v.

**CONDADO 5, LLC,**
Appellee.

---

**ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

---

**CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. APP. P. 26.1.**

Appellee Condado 5, LLC ("Condado") hereby submits in compliance with Fed. R. App. P. 26.1 that it is a Delaware limited liability company and has no parent corporation (public or private) of any kind.

RESPECTFULLY SUBMITTED.
Dated: June 28, 2023
San Juan, Puerto Rico.

**Ferraiuoli** LLC
Attorneys for Appellee Condado
PO Box 195168
San Juan, PR 00919-5168
Telephone: (787) 766-7000
Facsimile: (787) 766-7001

*/s/ Gustavo A. Chico-Barris*
GUSTAVO A. CHICO-BARRIS
1st Cir. No. 116338
gchico@ferraiuoli.com